MICHAEL KRAMER v. LOUIS KLATZKIE, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JACOB FRIEDMAN v. HIGH STANDARD CANDY Co., INC.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

AMELIA R. CHAMBERLIN v. ARTHUR B. CHAMBERLIN.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM A. HOGAN.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE J. WETZEL.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

MILL WOOLEN COMPANY v. COLUMBIA DYE WORKS.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

TOBIAS KLIPSTEIN v. WOLFSON HOLDING CORPORATION and Others.— Application granted.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JAMES BAYLEY v. LLOYD ROYAL BELGE.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

HUNT LAND CORPORATION v. JOSEPH HOROWITZ.   HUNT LAND CORPORATION v. LESTER MILIUS.   HUNT LAND CORPORATION v. PHILIP WALCOFF.   HUNT LAND CORPORATION v. ALBERT COHEN.— Application denied, with ten dollars costs. Order signed.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THOMAS R. VAN BOSKERCK v. RALPH H. ARONSON.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

MARIE WAGNER v. CHARLES H. THIERIOT, etc.— Motion granted.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY v. VALENTINE SCHAEFER and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of LONG ISLAND RAILROAD COMPANY v. JOHN F. HYLAN and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

U. T. HUNGERFORD BRASS AND COPPER COMPANY v. JAMES C. DAVIS, Director-General of Railroads, etc.— Motions granted.   Settle orders, containing questions to be certified, on notice.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

BELNORD REALTY COMPANY v. LOIS C. LEVISON.— Motion granted.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

LOUIS WHITMAN v. ELIAS WEIL and Others.— Motion for leave to appeal denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.